UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

---

| | |
|---|---|
| John and Jane Doe, as parents and natural guardians of their minor children, Johnny Doe and Jack Doe, | 24-cv-5076 |
| Plaintiffs, | **COMPLAINT** |
| v. | **Jury Trial Demand Under FRCP 38(b)** |
| Frontier Lodging of Spearfish, L.L.C., d/b/a Spearfish Holiday Inn Convention Center & Lucky's 13 Pub, | |
| Defendant. | |

---

For their Complaint, Plaintiffs John and Jane Doe, as parents and natural guardians of their minor children, Johnny and Jack Doe, hereby state and allege the following upon knowledge, information, and belief:

## The Parties

1. Plaintiffs John and Jane Doe are identified by pseudonyms to protect the privacy of their children.

2. John and Jane Doe are residents of Minnesota.

3. John and Jane Doe are married.

4. John and Jane Doe have two minor children, Johnny and Jack Doe.

5. Johnny and Jack Doe are identified by pseudonyms to protect their privacy as minor victims of sexual assault.

6.    Johnny Doe is currently six years old.

7.    Jack Doe is currently three years old.

8.    At the time of the incident, Johnny and Jack were six and three years old, respectively.

9.    The true identities of the entire Doe family are known to Defendant Frontier Lodging of Spearfish, L.L.C. ("Frontier Lodging").

10.    Frontier Lodging is a South Dakota limited liability company with its principal place of business at 500 South Boyd Street, Aberdeen, SD 57401.

11.    Frontier Lodging's members are all residents of South Dakota.

12.    Frontier Lodging licenses and operates the Holiday Inn Hotel and Convention Center located at 305 North 27th Street, Spearfish, SD 57783.

13.    Frontier Lodging also owns and operates the adjoining restaurant called Lucky's 13 Pub.

14.    Accordingly, Frontier Lodging does business as "Spearfish Holiday Inn Convention Center & Lucky's 13 Pub" (hereinafter referred to as the "Spearfish Holiday Inn").

## Jurisdiction & Venue

15.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

2

16.    Venue is proper in this Court under 28 U.S.C. § 1391(b) because all incidents, events, and occurrences giving rise to this action occurred in the District of South Dakota.

**The Incident**

I.    **The Doe family wedding**

17.    On Thursday, December 14, 2023, the Doe family drove from Minnesota to Spearfish, South Dakota.

18.    The Doe family was in Spearfish for the wedding of John's brother.

19.    The wedding was planned for Saturday, December 16, 2023.

20.    Johnny and Jack Doe had never been to Spearfish or the Black Hills before, so the Doe family planned to make a long weekend of it and see some of the many sites.

21.    The Doe family stayed at an Airbnb in Spearfish.

22.    Most of the wedding party and wedding guests, however, stayed at the Spearfish Holiday Inn.

II.    **The Spearfish Holiday Inn targets families with children.**

23.    Like most Holiday Inn hotels and resorts, the Spearfish Holiday Inn targets its business to families, including those with young children.

24.    Indeed, the Spearfish Holiday Inn provides amenities designed to entice families with young children to stay at the hotel, including providing an indoor pool, a kiddie pool, and an arcade/game room.

25.    Similarly, the Spearfish Holiday Inn targets its restaurant to families with children, stating on its franchisor's (IHG Hotel & Resorts) official website: "Lucky's 13

3

Pub is a family friendly full-service restaurant with an Americana menu enjoyed by both kids and adults."

26.     However, despite catering to families with children, the Spearfish Holiday Inn employed a dangerous pedophile.

### III.     The Spearfish Holiday Inn employed a convicted child molester.

27.     In December 2023, the Spearfish Holiday Inn employed a 21-year-old male named Raven Schily ("Schily").

28.     Schily had a history of drug abuse.

29.     Schily was a current drug user.

30.     Schily also had a history of pedophilia.

31.     As a teenager, Schily was caught performing sexual acts on young children.

32.     Schily repeatedly violated South Dakota's law against sexually molesting children.

33.     In fact, Schily was ultimately ordered to a residential treatment facility in Huron, South Dakota called "Our Home, Inc."

34.     Our Home, Inc. is a psychiatric treatment facility for "sexually aggressive males" between the ages of 10-17.

35.     Schily spent a significant part of his teenage years at Our Home, Inc.

36.     Despite the danger that Schily presented to children, the Spearfish Holiday Inn hired him to work at its hotel and restaurant.

37.     As an employee of a hotel and restaurant that caters to children, Schily had frequent interaction and access to its guests, including young children.

4

38.    Yet, the Spearfish Holiday Inn did not perform a criminal background check on Schily upon hiring him, or ever.

39.    Nor did the Spearfish Holiday Inn make Schily submit to a drug test upon hiring, or ever.

40.    Nevertheless, the Spearfish Holiday Inn knew or should have known about Schily's history of inappropriate sexual conduct with children.

41.    Likewise, the Spearfish Holiday Inn knew or should have known about Schily's drug use.

42.    And the Spearfish Holiday Inn knew or should have known about the danger Schily posed to its guests, particularly its youngest guests.

**IV.    Schily sexually assaulted Johnny and Jack.**

43.    On the morning of Friday, December 15, 2023, the Doe family met the bride, groom, and other relatives for breakfast at Lucky's 13 Pub.

44.    About thirty minutes after they sat down to eat, Johnny and Jack needed to use the bathroom.

45.    Johnny asked his mother if he could take Jack to the "big boy's" restroom.

46.    Jane usually took the boys into the women's restroom with her.

47.    But because she felt she was in a safe place for children, she agreed to Johnny's request and walked with the boys to the men's restroom.

48.    The hotel and restaurant shared the same lobby bathroom.

49.    Both guests and employees had access to, and used, this bathroom.

50. Jane told the boys to make sure they wash their hands and to not leave a mess in the bathroom.

51. The boys entered the men's bathroom and Jane waited outside the door.

52. Jane remained just a few feet away from the door the entire time the boys were inside.

53. Inside the bathroom, the boys ran into Schily.

54. Schily immediately began sexually assaulting the boys.

55. Schily put his hand over Johnny's mouth so he could not scream for his mother.

56. Schily then exposed himself to the boys.

57. Schily placed his genitals on the boys.

58. Schily made the boys touch his genitals.

59. Schily put his hands inside the boys' underwear and touched their genitals.

60. Schily made Johnny watch as he assaulted Jack.

61. Schily made Jack watch as he assaulted Johnny.

62. Outside the restroom, Jane began to worry that the boys were taking longer than she expected.

63. Jane decided to open the door to see what was taking them so long.

64. To Jane's surprise, the restroom door was being blocked by something or someone.

65. Jane forced the door open and saw Schily, with his pants down, blocking the door.

6

66. Johnny and Jack came running out of the restroom.

67. The boys' faces were red, and they were shaking and looked terrified.

68. Jane knew immediately that something was seriously wrong.

69. Johnny told his mother that the man in the bathroom was touching them and making it so they could not call out for her.

70. Jane scooped up her boys and ran past the lobby toward the restaurant.

71. As she passed the front desk, Jane yelled at the hotel workers to call the police because a man had just touched her children in the bathroom.

72. Jane ran to her husband and brother-in-law and told them what had just happened.

73. John and his brother went to find Schily.

74. Schily was hiding in the manager's office.

75. Meanwhile, Jane held her shaking children until the police arrived.

76. While they waited, Johnny asked his mom if he could shower to "get the bad man off him."

## V.  Schily was charged, convicted, and sentenced to 22 years in prison.

77. The police arrived and ultimately arrested Schily.

78. The Doe family spent the rest of the wedding weekend being interviewed by law enforcement and advocates that specialize in child sex abuse.

79. Five days after the assaults, a Lawrence County grand jury indicted Schily with six felonies, including sexual contact with a minor, solicitation of a minor, and kidnapping.

80.    On May 28, 2024, Schily pled guilty to the sexual contact with a minor and kidnapping charges.

81.    On July 16, 2024, a Lawrence County Judge sentenced Schily to twenty-two years in prison.

82.    At the sentencing hearing, the prosecutor disclosed that law enforcement searched Schily's phone following his arrest and found that he was regularly searching out child pornography, stating on the court record:

> Luckily, there were no additional charges for child pornography, but in reviewing Mr. Schily's cell phone, it further shows how that's his tendency. He is looking up — typing into the search engine in the dark web and every other place, naked little boys, naked little sisters, naked little sis preteen. Searching out and trying to find young children to look at.

83.    Schily regularly searched for child pornography while working at the Spearfish Holiday Inn.

84.    Schily used drugs before and during work.

85.    Schily exhibited other warning signs over the course of his employment that informed or should have informed the Spearfish Holiday Inn that Schily was a danger to the hotel and restaurant's guests.

86.    Yet, the Spearfish Holiday Inn chose to do nothing about the threat Schily posed to its guests.

87.    The Spearfish Holiday Inn owed the Does, and all its guests, a duty to use reasonable care to keep them safe while they were on its premises.

88.    The Spearfish Holiday Inn breached its duty of care by hiring, retaining, and failing to supervise and control Schily even though it knew or should have known that Schily was a danger to its guests, particularly its youngest guests.

### Johnny and Jack's Damages

89.    This sexual assault took away Johnny's and Jack's innocence, safety, confidence, and trust and has changed the trajectory of their lives.

90.    Johnny and Jack are now scared to be away from their parents in public.

91.    Johnny and Jack will not use public restrooms.

92.    Johnny and Jack have trouble sleeping at night.

93.    Johnny and Jack regularly ask their parents if the "bad man" will come back.

94.    Johnny is scared to attend his school because it is near a prison that houses "bad men" like Schily.

95.    Johnny blames himself for not protecting Jack.

96.    Johnny has increased anxiety and is attending therapy.

97.    And despite being only three years old at the time of the assault, Jack remembers it and regularly asks his parents and grandparents about that terrible day at the Spearfish Holiday Inn.

98.    The Does have and will continue to incur therapy and other medical expenses for their children relating to this incident.

99.    Johnny and Jack have and will continue to suffer emotional and physical damages.

100.    The damage to Johnny and Jack can never be undone.

9

## Count One
### Negligent Hiring, Retention, and Supervision
#### *Johnny Doe v. Spearfish Holiday Inn*

101.   Plaintiffs John and Jane Doe, on behalf of their minor child, Johnny Doe, reallege each paragraph as if fully stated herein.

102.   The Spearfish Holiday Inn had a duty to provide a safe environment for its guests, including Johnny Doe.

103.   The Spearfish Holiday Inn failed to exercise reasonable care in performing its duty by, among other things, hiring, retaining, and supervising Schily despite the fact that it knew or should have known that Schily was likely to engage in inappropriate, harmful, and illegal conduct with its guests.

104.   All of Schily's conduct against Johnny was a foreseeable result of the Spearfish Holiday Inn's own (or direct) acts and omissions.

105.   As a direct and proximate result of the aforementioned conduct, Johnny Doe has and will continue to suffer bodily, physical, and emotional injury, including emotional distress, pain, humiliation, and embarrassment, as well as other items of compensatory and special damages.

## Count Two
### Negligent Hiring, Retention, and Supervision
#### *Jack Doe v. Spearfish Holiday Inn*

106.   Plaintiffs John and Jane Doe, on behalf of their minor child, Jack Doe, reallege each paragraph as if fully stated herein.

107.   The Spearfish Holiday Inn had a duty to provide a safe environment for its guests, including Jack Doe.

10

108. The Spearfish Holiday Inn failed to exercise reasonable care in performing its duty by, among other things, hiring, retaining, and supervising Schily even though it knew or should have known that Schily was likely to engage in inappropriate, harmful, and illegal conduct with its guests.

109. All of Schily's conduct against Jack was a foreseeable result of the Spearfish Holiday Inn's own (or direct) acts and omissions.

110. As a direct and proximate result of the aforementioned conduct, Jack Doe has and will continue to suffer bodily, physical, and emotional injury, including emotional distress, pain, humiliation, and embarrassment, as well as other items of compensatory and special damages.

## Count Three
### Failure to Control
### *Johnny Doe v. Spearfish Holiday Inn*

111. Plaintiffs John and Jane Doe, on behalf of their minor child, Johnny Doe reallege each paragraph as if stated fully stated herein.

112. As Schily's employer, the Spearfish Holiday Inn had a duty to exercise reasonable control over Schily to prevent Schily from intentionally harming others while he is on the premises of the Spearfish Holiday Inn.

113. The Spearfish Holiday Inn knew or should have known that it had the ability to control Schily as Schily's employer.

114. The Spearfish Holiday Inn also knew or should have known that it needed to control Schily, or he may physically or sexually harm one of its guests.

11

115. The Spearfish Holiday Inn failed to control Schily even though it knew or should have known that Schily was likely to engage in inappropriate, harmful, and illegal conduct with its guests.

116. All of Schily's conduct against Johnny was a foreseeable result of the Spearfish Holiday Inn's breach of its duty to control Schily.

117. As a direct and proximate result of the aforementioned conduct, Johnny Doe has and will continue to suffer bodily, physical, and emotional injury, including emotional distress, pain, humiliation, and embarrassment, as well as other items of compensatory and special damages.

**Count Four**
**Failure to Control**
*Jack Doe v. Spearfish Holiday Inn*

118. Plaintiffs John and Jane Doe, on behalf of their minor child, Jack Doe reallege each paragraph as if stated fully stated herein.

119. As Schily's employer, the Spearfish Holiday Inn had a duty to exercise reasonable control over Schily to prevent Schily from intentionally harming others while Schily is on the premises of the Spearfish Holiday Inn.

120. The Spearfish Holiday Inn knew or should have known that it had the ability to control Schily as Schily's employer.

121. The Spearfish Holiday Inn also knew or should have known that it needed to control Schily, or he may physically or sexually harm one of its guests.

122. The Spearfish Holiday Inn failed to control Schily even though it knew or should have known that Schily was likely to engage in inappropriate, harmful, and illegal conduct with its guests.

123. All of Schily's conduct against Jack was a foreseeable result of the Spearfish Holiday Inn's breach of its duty to control Schily.

124. As a direct and proximate result of the aforementioned conduct, Jack Doe has and will continue to suffer bodily, physical, and emotional injury, including emotional distress, pain, humiliation, and embarrassment, as well as other items of compensatory and special damages.

125. **Plaintiffs hereby demand a trial by jury.**

WHEREFORE, Plaintiffs John and Jane Doe, on behalf of her minor children, Johnny Doe and Jack Doe, pray for judgment against Defendant Frontier Lodging of Spearfish, L.L.C. as follows:

1. As to Count One, a judgment in favor of Johnny Doe against Frontier Lodging of Spearfish, L.L.C. in an amount to be determined by a jury, together with costs and disbursements herein, pre-and-post-judgment interest, and all other relief the Court deems just and equitable.

2. As to Count Two, a judgment in favor of Jack Doe against Frontier Lodging of Spearfish, L.L.C. in an amount to be determined by a jury, together with costs and disbursements herein, pre-and-post-judgment interest, and all other relief the Court deems just and equitable.

3.    As to Count Three, a judgment in favor of Johnny Doe against Frontier Lodging of Spearfish, L.L.C. in an amount to be determined by a jury, together with costs and disbursements herein, pre-and-post-judgment interest, and all other relief the Court deems just and equitable.

4.    As to Count Four, a judgment in favor of Jack Doe against Frontier Lodging of Spearfish, L.L.C. in an amount to be determined by a jury, together with costs and disbursements herein, pre-and-post-judgment interest, and all other relief the Court deems just and equitable.

Dated: October 1, 2024

**STORMS DWORAK LLC**

/s/ Paul C. Dworak
Paul C. Dworak, #5049 (SD)
Jeffrey S. Storms, #387240 (MN)[1]
222 South 9th Street, Suite 470
Minneapolis, MN 55402
Phone: 612.455.7050
Fax: 612.455.7051
paul@stormsdworak.com
jeff@stormsdworak.com

-and-

**CJB LAW**
Anthony M. Bussa, #395181 (MN)[2]
914 East Channing Avenue
Fergus Falls, MN 56537
Phone: (218) 998-4088
anthony@cjblawyers.com

**Attorneys for Plaintiff**

---

[1] Pro hac vice application to be submitted.
[2] Pro hac vice application to be submitted.

14

JS 44  (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

John and Jane Doe, as parents and natural guardians of their minor children, Johnny and Jack Doe

**(b)** County of Residence of First Listed Plaintiff    MN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Paul Dworak, Storms Dworak LLC, 222 S. 9th St., Ste. 470, Minneapolis, MN 55402

## DEFENDANTS

Frontier Lodging of Spearfish, L.L.C., d/b/a Spearfish Holiday Inn Convention Center & Lucky's 13 Pub

County of Residence of First Listed Defendant    Brown, SD
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Josh Finer, Richardson Law Firm, 1 Court St., PO 1030, Aberdeen, SD 57402

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☒ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Johnny and Jack Doe were sexually assaulted by Defendant's employee at the Spearfish Holiday Inn.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**
TBD

CHECK YES only if demanded in complaint:
**JURY DEMAND:**    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
10/3/24

SIGNATURE OF ATTORNEY OF RECORD
/s/ Paul C. Dworak

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____